IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED IN OPEN COURT
DATE: 5/25/05
TIME: 9:50 AM
INITIALS: JPW

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-                                                CR. NO.: 05-20149 MI

JERMAINE TEMPLE,

    Defendant.

---

### ORDER TO ALLOW SUBSTITUTION OF COUNSEL

---

This matter came to be heard upon the oral motion of the defendant in the above cause, and through his attorney of record, Lee H. Gerald, that he be allowed to be relieved as defendant's counsel of record for good cause shown, and that Robert M. Brannon, Jr. be allowed to substitute as counsel of record in the above cause.

IT IS THEREFORE, ORDERED, ADJUDGED, AND DECREED, that Lee H. Gerald, Attorney, be and he is hereby authorized to withdraw from this cause and he is relieved of any further responsibilities herein; whereupon, it is ordered by the court that Robert M. Brannon, Jr., Attorney, be allowed to substitute as counsel of record for the defendant in the above cause.

                                            J. P. McCalla
                                          JUDGE JON PHIPPS MCCALLA
                                          UNITED STATES DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-25-05



Approved by:

_/s/ Lee H. Gerald_
LEE H. GERALD #21873
Withdrawing Attorney for Defendant
8 S. Third Street, 4th Floor
Memphis, TN 38103
(901) 529-8500

_/s/ Robert M. Brannon, Jr._
ROBERT M. BRANNON, JR. #8747
Substituting Attorney for Defendant
295 Washington Ave., Suite 3
Memphis, TN 38103
(901) 521-1710

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 19 in case 2:05-CR-20149 was distributed by fax, mail, or direct printing on May 25, 2005 to the parties listed.

Robert M. Brannon
LAW OFFICE OF ROBERT M. BRANNON
295 Washington Avenue
Ste. 3
Memphis, TN 38103

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Lee Howard Gerald
LAW OFFICE OF LEE GERALD
8 S. Third St.
Fourth Floor
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT