IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED IN OPEN COURT
DATE: 5/25/05
TIME: 9:55AM
INITIALS: JPW

UNITED STATES OF AMERICA,

    Plaintiff,

-vs-

                  CR. NO.: 05-20149 MI

JERMAINE TEMPLE,

    Defendant.

## ORDER ON DEFENDANT, JERMAINE TEMPLE'S, MOTION TO EXTEND TIME TO FILE MOTIONS AND SPECIFICALLY PERIOD OF EXCLUDABLE DELAY

This cause came on to be heard before this Honorable Court. Counsel for the defendant, Jermaine Temple, requested an extension of time in which to file pre-trial motions until July 25, 2005. The continuance is necessary to allow for additional preparation in this case due to defense counsel's failure to be retained until May 24, 2005.

The Court hereby grants defendant, Jermaine Temple's, request and all motions shall be filed by July 25, 2005.

The period of time from the defendant's written request for an extension of time to file pretrial motions until July 25, 2005 is excludable delay under 18 U.S.C. Sec. 3161 (h)(8)(A) and 18 U.S.C. Sec., 3161(h)(8)(B)(iv) to allow defense counsel additional time to prepare.

**IT IS SO ORDERED** this the 25 day of May, 2005.

JUDGE JON PHIPPS MCCALLA
UNITED STATES DISTRICT COURT JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5-25-05

(20)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 20 in case 2:05-CR-20149 was distributed by fax, mail, or direct printing on May 25, 2005 to the parties listed.

---

Robert M. Brannon
LAW OFFICE OF ROBERT M. BRANNON
295 Washington Avenue
Ste. 3
Memphis, TN 38103

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT