IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA,
    Plaintiff,

-vs-                              CR. NO.: 05-20149 MI

JERMAINE TEMPLE,
    Defendant.

### ORDER ON DEFENDANT, JERMAINE TEMPLE'S, MOTION TO EXTEND TIME TO FILE MOTIONS AND SPECIFICALLY PERIOD OF EXCLUDABLE DELAY

    This cause came on to be heard before this Honorable Court. Counsel for the defendant, Jermaine Temple, requested an extension of time in which to file pre-trial motions until August 26, 2005. The continuance is necessary to allow for additional preparation in this case due to the fact that defense counsel and AUSA David Henry have not been able to meet to review and discuss the discovery and the overall case in this matter.

    The Court hereby grants defendant, Jermaine Temple's, request and all motions shall be filed by August 26, 2005.

    The period of time from the defendant's written request for an extension of time to file pretrial motions until August 26, 2005 is excludable delay under 18 U.S.C. Sec. 3161 (h)(8)(A) and 18 U.S.C. Sec., 3161(h)(8)(B)(iv) to allow defense counsel additional time to prepare.

    **IT IS SO ORDERED** this the 20 day of July, 2005.

                                                  JUDGE JON PHIPPS MCCALLA
                                                 UNITED STATES DISTRICT COURT JUDGE

FILED BY _____ D.C.
05 JUL 21 AM 10: 19
THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 7-21-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:05-CR-20149 was distributed by fax, mail, or direct printing on July 21, 2005 to the parties listed.

---

Robert M. Brannon
LAW OFFICE OF ROBERT M. BRANNON
295 Washington Avenue
Ste. 3
Memphis, TN 38103

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT