FILED BY ___ D.C.

05 DEC -6  AM 9:44

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

UNITED STATES OF AMERICA )
    Plaintiff, )
 )
VS. ) CR. NO. 05-20149-Ml
 )
JERMAINE TEMPLE )
    Defendant. )

### ORDER ON CHANGE OF PLEA

    This cause came on to be heard on December 5, 2005, the United States Attorney for this district, David Henry, appearing for the Government and the defendant, Jermaine Temple, appearing in person and with counsel, Robert Brannon, who represented the defendant.

    With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

    Plea colloquy was held and the Court accepted the guilty plea.

    **SENTENCING** in this case is **SET** for **MONDAY, MARCH 6, 2006**, at **9:00 a.m., before Judge Jon Phipps McCalla.**

    Defendant is remanded to the custody of the U. S. Marshal.

    **ENTERED** this the 5 day of December, 2005.

                             JON PHIPPS McCALLA
                             UNITED STATES DISTRICT COURT

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 12-6-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 39 in case 2:05-CR-20149 was distributed by fax, mail, or direct printing on December 6, 2005 to the parties listed.

---

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Robert M. Brannon
LAW OFFICE OF ROBERT M. BRANNON
295 Washington Avenue
Ste. 3
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT